**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Mark Owen Foster
Louisiana Appellate Project
P. O. Box 2057
Natchitoches LA 71457

**REHEARING ACTION: July 28, 2010**

**Docket Number: 09   01104-KA**

**STATE OF LOUISIANA**
**VERSUS**
**JOSHUA DANIEL SIBLEY**

**Appealed from Sabine Parish Case No. 64709**

**BEFORE JUDGES:**

> **Hon. Sylvia R. Cooks**
> **Hon. James T. Genovese**
> **Hon. David Ellis Chatelain**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Joshua Daniel Sibley** has this day been

> **DENIED.**
> Cooks, J., would grant the rehearing.

cc: Hon. Don M. Burkett, Counsel for the Appellee
    Anna Louise Garcie, Counsel for the Appellee